45 So.3d 21 (2010)
Rufus GELSEY, Appellant,
v.
Walter A. McNEIL, Secretary, Florida Department of Corrections, Appellee.
No. 1D10-0934.
District Court of Appeal of Florida, First District.
July 28, 2010.
Rehearing Denied September 22, 2010.
Rufus Gelsey, pro se, Appellant.
Bill McCollum, Attorney General, and Kathleen Von Hoene, General Counsel, Tallahassee, for Appellee.
PER CURIAM.
DISMISSED. Mobley v. McNeil, 989 So.2d 1215 (Fla. 1st DCA 2008).
WEBSTER, DAVIS, and LEWIS, JJ., concur.